IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TODD JENKINS,

        Appellant,

                                          Case No. 5D23-269
v.                                    LT Case No. 2012-CA-13026


EDELWEISS FINANCIAL, LLC, RANDY
BOLTON, SR., A/K/A RANDY LEE BOLTON
AND ALTAMEASE BOLTON, ET AL.,

        Appellees.
_____/

Decision filed June 6, 2023

Appeal from the Circuit Court
for Duval County,
A.C. Soud, Jr., Senior Judge.

Neil Bryan Tygar, of Neil Bryan Tygar, P.A.,
Delray Beach, for Appellant.

Richard S. McIver, of Kass Shuler, P.A.,
Tampa, for Appellee, Edelweiss Financial,
LLC.

No Appearance for Remaining Appellees.

PER CURIAM.

      AFFIRMED.

WALLIS, JAY and HARRIS, JJ., concur.